## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| JOHN THOMAS ADCOCK, | : | |
| Plaintiff | : | |
| VS. | : | |
| STATE OF GEORGIA, | : | NO. 5:10-cv-69 (CAR) |
| Defendant | : | **O R D E R** |

Plaintiff **JOHN THOMAS ADCOCK**, a prisoner at the Houston County Correction Institution in Perry, Georgia, has submitted a handwritten *pro se* document, which the Clerk's Office has docketed as a habeas action. Solely for purposes of this Court's dismissing plaintiff's complaint, leave to proceed *in forma pauperis* is hereby granted.

Plaintiff asks this Court to enjoin his ongoing state criminal proceeding. According to plaintiff, there is a vast conspiracy among his trial judge, the prosecutor, and the Warner Robins Police Department to cover up an alteration of a patrol vehicle video. Plaintiff believes that his "fundamental right to a fair trial" has been violated.

It is not clear whether plaintiff intended to bring a habeas corpus action or an action under 42 U.S.C. § 1983. In either case, plaintiff's complaint must be dismissed. Before plaintiff may pursue a federal habeas action, he must fully exhaust his state court remedies. *See Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 489-92, (1973) (exhaustion is necessary under section 2241 as well as section 2254); *Thomas v. Crosby*, 371 F.3d 782, 812 (11th Cir. 2004) ("Among the most fundamental common law requirements of section 2241 is that petitioners must first exhaust their

state court remedies.") (Tjoflat, concurring). There is no indication that plaintiff pursued all avenues available to him in the Georgia state courts.

As to any section 1983 claim based upon which plaintiff may be requesting that this Court enjoin his state court criminal trial, the Court takes judicial notice of a February 26, 2010 article in the Macon Telegraph indicating that plaintiff has been convicted and sentenced. Accordingly, any such claim is moot. Plaintiff may pursue his claims on appeal in the state court system.

In light of the foregoing, the instant action is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 4th day of March, 2010.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

cr